The President, Directors and company of the Bank of Michigan, complain of James McCloskey, in custody &c. of a plea that he render unto the said President, Directors, and Company of the Bank of Michigan the Sum of twenty thousand dollars of lawful money of the United States which he owes to, and unjustly detains from them; For that Whereas, the said James McCloskey, heretofore, to wit, on the thirtieth day of December in the year of Our Lord One thousand Eight hundred and Eighteen, at Detroit, in the County of Wayne and within the Jurisdiction of this Court, by his certain writing obligatory, Sealed with his Seal, and now shewn to the said Court here, the date whereof is the day and year last aforesaid, aknowledged himself to be held and firmly bound unto the Said President Directors and Company of the Bank of Michigan in the said Sum of twenty thousand dollars, above demanded, to be paid to the said President, Directors and Company of the Bank of Michigan, when he the said James McCloskey, should be thereunto afterwards requested, yet the said James McCloskey although often requested so to do, hath not yet paid the said sum of twenty thousand dollars above demanded, or any part thereof to the said President Directors and Company of the Bank of Michigan but to pay the Same, or any part thereof to the said President, Directors and Company of the Bank of Michigan, he the said James McCloskey hath hitherto wholly refused, and Still doth refuse to the damage of the Said President, Directors and Company of the Bank of Michigan of twenty thousand dollars. And therefore they bring their suit.— &c—

And now the said James M<sup>c</sup>Closkey here in Court comes and defends the wrong & injury when &c. and for plea says, that having craved oyer of the said supposed writing obligatory in the said declaration mentioned and it is read to him &c. and also having craved oyer of the condition of said supposed writing obligatory and it is read to him in these words & figures following to wit,

"    "The condition of the above obligation is such that whereas the above bond "James M<sup>c</sup>Closkey has been nominated, constituted and appointed Cashier of the "Bank of Michigan by the President and Directors of said Bank, now if the said "James M<sup>c</sup>Closkey shall, and will, at all times whilist he shall remain Cashier of "said Bank, well and truly and faithfully perform all the duties of Cashier of said "Bank which are constituted and prescribed by the law establishing said Bank, and "by the ordinances and bye laws made and adopted by the President and Directors "of said Bank, or that may from time to time be made and ordained, and shall well "and truely obey and follow the orders, directions and instructions of the said "President Directors of said Bank in all things relating to the business of said Bank, "and safely and securely keep and preserve all monies and other property belonging "to the President Directors and Company which shall from time to time come into "his possession and be put into his charge, and shall account for the same when he "shall be required, and shall keep regular Books and accounts of all business and "transactions of the President and Directors, and all others doing business in said "Bank, and on removal from said office of Cashier, by resignation or otherwise, "shall deliver over to the said President and Directors all the money, Books papers "and other property whatever, belonging to the said President Directors and Com- "pany, or other Persons whatever, who shall have made deposits in said Bank, "without fraud or delay and shall well and truly keep and preserve the secrets of "said Bank, and in all other respects perform the several duties connected with his "said office of Cashier faithfully and diligently, then, the above obligation to be "void and of no effect, otherwise to be and remain in full force and virtue."

And the same being read and heard the said James M<sup>c</sup>Closkey says, that the said Plaintiffs from having and maintaining their aforesaid action thereof against him ought to be barrd, because he says, that he the said James M<sup>c</sup>Closkey did from time to time and at all times after the making of said writing obligatory and the said condition thereof, well and truly observe, perform fulfil and keep all and singular the articles clauses conditions and agreements in the said condition of the said writing obligatory specified comprised and mentioned in all things therein contained on his part and behalf to be observed performed fulfilled & kept, that he did at all times truly and faithfully perform all the duties of Cashier of said Bank which were pre- scribed by the law establishing said Bank and by the ordinances and bye laws made and adopted by the President and Directors of said Bank, did obey and follow all the orders, directions and instructions of the said President and Directors of said Bank relating to the business of said Bank and did safely preserve and keep all the monies and other property belonging to the said President and Directors and Com- pany of said Bank, and did account for the same when required, and did do and faithfully perform all the business of said Bank agreeably to the the tenor and effect, true intent and meaning of the said condition of the said writing obligatory. And of this he is ready to verify, wherefore he prays judgment, if the said President Directors and Company of the Bank of Michigan ought to have and maintain their aforesaid action thereof against him &c—

By Leib Stevens &c—
Attys for Deft—